

# Fourth Court of Appeals
## San Antonio, Texas

June 16, 2022

No. 04-22-00070-CV

Camron **BEALL,**
Appellant

v.

Dustin **BEALL,**
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 21-0230-CV-A
Honorable Jessica Crawford, Judge Presiding

# O R D E R

Appellant's unopposed first motion for extension of time to file their reply brief is granted. We order the appellant's reply brief due July 11, 2022.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of June, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court